IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEILA ANSAH** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | NO. 07-1816 |
| **MICHAEL J. ASTRUE** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 12th day of May, 2008, upon consideration of Plaintiff's Request for Review (Doc. No. 12), Defendant's Response (Doc. No. 15), and Plaintiff's Reply (Doc. No. 19), and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice to which Defendant filed not objections (Doc. No. 20), it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED.

3. This matter is REMANDED to the Commissioner for further review consistent with the Report and Recommendation.

4. The Clerk's Office shall close this matter for statistical purposes.

AND IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.